**Theodore F. JOHNSON,
Plaintiff–Appellant,**

v.

**CHAIRMAN NEW YORK CITY TRAN-
SIT, President Of Local 100 Transport
Workers Union of America AFL–CIO,
Defendant–Appellee.**

No. 05–2188.

United States Court of Appeals,
Second Circuit.

Aug. 29, 2006.

Theodore F. Johnson, Hempstead, NY,
(pro se), for Appellant.

Baimusa Kamara (Margaret A. Malloy,
of counsel), Gladstein, Reif & Meginniss,
LLP, New York, NY, for Appellee.

* The Honorable Timothy C. Stanceu, of the
United States Court of International Trade,

PRESENT: Hon. AMALYA L.
KEARSE, Hon. ROBERT D. SACK,
Circuit Judges, and Hon. TIMOTHY C.
STANCEU,* Judge.

**SUMMARY ORDER**

Plaintiff-appellant Theodore F. Johnson,
*pro se,* appeals from the judgment of the
district court, entered March 25, 2005, dis-
missing his complaint on the ground that it
was barred by an injunction issued against
him in 1990 and the doctrine of *res judica-
ta.*

In support of his appeal, Johnson con-
tends that this Court lifted the 1990 in-
junction in a document that he submitted
that reads in pertinent part:

> it is now hereby ordered, adjudged and
> decreed that the order of said District
> Court be and it hereby is rescinded.

Ex. D to Appellant's Br.

In fact, the decretal part of the order in
which this Court ruled on Johnson's appeal
from the 1990 injunction reads:

> it is now hereby ordered, adjudged and
> decreed that the judgment of said Dis-
> trict Court be and it hereby is affirmed
> substantially for the reasons stated in
> Judge Bartel's Order dated April 18,
> 1990.

*Johnson v. New York City Transit Auth.,*
No. 90–7444, 923 F.2d 844 (2d Cir. Nov.8,
1990).

In any event, the district court correctly
dismissed Johnson's complaint on the
ground of *res judicata.  See Maharaj v.
Bankamerica Corp.,* 128 F.3d 94, 97 (2d
Cir.1997).  We hereby AFFIRM the judg-

sitting by designation.

ment of the district court on the ground of *res judicata.*